IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSICA DOBBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-00648-JD |
| TOWN OF DIBBLE, | ) ) ) |
| Defendant. | ) ) |

# ORDER

Before the Court is Plaintiff's Motion to Strike Affirmative Defenses [Doc. No. 11]. The parties conferred regarding Plaintiff's Motion, *see* Joint Notice [Doc. No. 15], and with leave of Court, Defendant filed an Amended Answer, *see* [Doc. No. 19].

Defendant's amendment to its answer "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).

Consequently, the Court DENIES as moot Plaintiff's Motion to Strike Affirmative Defenses [Doc. No. 11].

IT IS SO ORDERED this 6th day of October 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE